UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Walter C. Tinsley Jr.          :          Case #: 05-55923
Toni A. Tinsley

                                             :          Chapter 13

                                             :          Judge Hoffman

## **NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: June 8, 2010                              /s/ Frank M. Pees_____
                                                     Frank M. Pees
                                                     Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| TOTAL FLEET SOLUTIONS INC<br>PO BOX 521398<br>LONGWOOD FL 32752 | $232.18 |